UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUL 28  P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SANDRA J. STALEY, Administratrix of the Estate of CARL STALEY,<br><br>*Plaintiff,*<br><br>v.<br><br>THOMAS M. HUDGSON, as Sheriff for Bristol County<br><br>*Defendant,*<br><br>v.<br><br>CORRECTIONAL HEALTHCARE SOLUTIONS, INC.,<br><br>*Third-Party Defendant and Defendant,*<br><br>And<br><br>KENNETH K. QUIGLEY, M.D. and NICHOLAS J. RENCRICCA, M.D.,<br>*Defendants.* | CIVIL ACTION NO.<br>**00-CV-12097 WGY** |

### ANSWER OF THE DEFENDANT, KENNETH QUIGLEY, M.D., TO CROSSCLAIM OF DEFENDANT SHERIFF THOMAS M. HODGSON, CROSSCLAIM AND DEMAND FOR JURY TRIAL

#### FIRST DEFENSE

The Defendant, Kenneth Quigley, M.D., has no knowledge of the allegations contained in paragraphs 1 Defendant Sheriff Thomas M. Hodgson's Crossclaim and calls upon the Sheriff to prove the same. The allegations of paragraph 3 of Defendant Sheriff Thomas M. Hodgson's Crossclaim are admitted. Paragraphs 2 and 4 of Defendant Sheriff Thomas M. Hodgson's Crossclaim do not apply to this Defendant. The allegations of paragraphs 6, 7, 9 and 10 are denied.

The allegations referenced in paragraphs 5 and 8 are denied.

## SECOND DEFENSE

This Defendant further answers Defendant Sheriff Thomas M. Hodgson's Crossclaim and states that each and every allegation set forth in all Counts of the Defendant Sheriff Thomas M. Hodgson's Crossclaim, not hereinbefore specifically admitted, is denied.

## THIRD DEFENSE

### RELIEF

The Defendant Sheriff Thomas M. Hodgson's Crossclaim fails to state a cause of action for which relief can be granted.

## FOURTH DEFENSE

The Plaintiff's decedent Carl Staley, after having been duly informed of the risks involved, and for consideration, consented to the procedures involved.

## FIFTH DEFENSE

The injuries and damages alleged were not caused by the acts of any person for whose conduct the Defendant, Kenneth Quigley, M.D., was legally responsible. Wherefore, the recovery of the Plaintiff is barred.

## KENNETH K. QUIGLEY, M.D.'S CROSSCLAIM AGAINST DEFENDANT SHERIFF THOMAS M. HODGSON

1. The Plaintiff's Amended Complaint alleges negligence in the medical treatment of the Plaintiff's decedent Carl Staley by Defendants CHS, Quigley, Renericca, and Sheriff Thomas M. Hodgson.

### INDEMNITY

2. If the Plaintiff did incur any loss or personal injury or property injury, then the damages were do in whole or in part to the Co-defendants Sheriff Thomas M. Hodgson as more

fully described in the Plaintiff's Amended Complaint.

3. That, in the event of a finding in favor of the Plaintiff against Co-defendant Kenneth Quigley, then the Co-defendant, Sheriff Hodgson is obligated in whole or in part for the amount of finding a judgment for damages that might enter against Kenneth Quigley.

## CONTRIBUTION

4. If the Plaintiff did incur any loss or personal injury or property injury, then the damages were due in whole or in part to the Co-defendant, Sheriff Hodgson, as more fully described in the Plaintiff's Complaint.

5. That, in the event of finding interest in favor of the Plaintiff against Kenneth Quigley, then the Co-defendant, Sheriff Hodgson is obligated to Kenneth Quigley in whole or in part of the amount of a finding or judgment for damages that might enter against Kenneth Quigley.

## DEMAND FOR JURY TRIAL

The Defendant, Kenneth Quigley, M.D., makes a Demand for Trial by Jury.

MARC J. GERVAIS, ESQUIRE
BBO #: 545183
BLOOM & BUELL
Attorney for Deponent,
  Kenneth K. Quigley, M.D.
1340 Soldiers Field Road, Suite Two
Boston, Massachusetts 02135
617-254-4400

Dated: July 27, 2004